UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____ Civ _____/_____

LAWRENCE WEISSMAN,       22-cv-21954-SCOLA/GOODMAN

Plaintiff,

vs.

NCL (BAHAMAS) LTD., A BERMUDA COMPANY,

Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

**TO:** NCL (BAHAMAS) LTD., A BERMUDA COMPANY
*Registered Agent:*
Daniel S. Farkas, Esquire
7665 Corporate Center Drive
Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID W. SINGER, ESQUIRE
DAVID W. SINGER & ASSOCIATES, P.A.
Attorneys for Plaintiff
1011 South Federal Highway
Hollywood, Florida 33020
Fla. Bar No.: 306215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with this court.

Date: ___Jun 27, 2022_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Bernard*
_____
Deputy Clerk
U.S. District Courts