UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-21954-RNS

LAWRENCE WEISSMAN,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    *Defendant*.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE

Defendant, NCL (BAHAMAS) LTD., a Bermuda company ("Norwegian"), by and through undersigned counsel, hereby files its Certificate of Interested Parties and Corporate Disclosure as follows:

## CERTIFICATE OF INTERESTED PARTIES

1. The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

    Lawrence Weissman
    *Plaintiff*

    NCL (Bahamas) Ltd.
    *Defendant*

Case No.: *22-cv-21954-RNS*

David Singer, Esq.
*Attorney for Plaintiff*

*Peter Walsh, Esq.*
*Attorney for Plaintiff*

David W. Singer & Associates, PA
*Attorney for Plaintiff*

2. The name of every other entity that has publicly traded stock, equity or debt that may be substantially affected by the outcome of the proceedings.

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor, members of the creditor's committee, or twenty (20) largest unsecured creditors and bankruptcy cases.

None known.

4. The name of each victim, (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None known.

**CORPORATE DISCLOSURE STATEMENT**

Defendant, NCL (Bahamas) Ltd., a Bermuda company ("Norwegian"), by and through the undersigned counsel and in compliance with Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement as follows:

Norwegian is a wholly-owned subsidiary of NCL International, Ltd., a Bermuda company, which in turn is a wholly-owned subsidiary of Arrasas Limited, an Isle of Man company, which in turn is a wholly-owned subsidiary of NCL Corporation Ltd., a Bermuda company ("NCLC"). NCLC is a wholly-owned subsidiary of Norwegian Cruise Line Holdings Ltd., a

Case No.: 22-cv-21954-RNS

Bermuda company publicly traded on the New York Stock Exchange under ticker symbol NCLH ("NCLH").

Respectfully Submitted,

**NORWEGIAN CRUISE LINE**
Attorneys for Defendant
7665 Corporate Center Drive
Miami, Florida 33126
Telephone:   (305) 436-4653
Facsimile:    (305) 468-2132

By: */s/ Todd L. Sussman*
   **Todd L. Sussman, Esq.**
   Florida Bar No. 0084729
   tsussman@nclcorp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Todd L. Sussman*
   **Todd L. Sussman, Esq.**

*Case No.: 22-cv-21954-RNS*

# SERVICE LIST

*Lawrence Weissman vs. NCL (Bahamas) Ltd.*
Case No.: 22-cv-21954-RNS
United States District Court for the Southern District of Florida

| | |
|---|---|
| Todd L. Sussman, Esq. | David W. Singer, Esq. |
| NORWEGIAN CRUISE LINE | Peter G. Walsh, Esq. |
| 7665 Corporate Center Drive | David W. Singer & Associates, PA |
| Miami, FL  33126 | 1011 South Federal Highway |
| Telephone:    (305) 436-4653 | Hollywood, FL 33020 |
| Facsimile:    (305) 468-2132 | Tel: (954) 920-1571 |
| tsussman@nclcorp.com | dsingeresq@aol.com |
| jjara@ncl.com | pwalsh@1800askfree.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |